IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN MICHAEL BOWDEN,
ADC #129677                                                                                                  PLAINTIFF

V.                                        5:11-cv-00250-JLH-JTK

CORRECTIONAL MEDICAL SERVICES, INC., et al.                              DEFENDANTS

## ORDER

By Order dated October 3, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 7).  Summons was returned, unexecuted, with respect to Defendants Manus, Cantrell, Sufferege, Bennett, McPherson, Imphadora and Turner on October 31, 2011 (Do. Nos.  14-20).  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants shall file with the Court, under seal, the last-known addresses of these Defendants within ten days of the date of this Order.

IT IS SO ORDERED this 4th day of November,  2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE