## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN MICHAEL BOWDEN,                                                     PLAINTIFF
ADC #129677

v                                    No. 5:11CV00250 JLH-JTK

CORIZON, INC., a/k/a CORRECTIONAL
MEDICAL SERVICES, INC., *et al*.                                          DEFENDANTS

### <u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      The Medical Defendants' Motion to Dismiss (Doc. No. 49) is DENIED in part, with respect to Plaintiff's allegations concerning his inadequate medical care and treatment.

2.      The Medical Defendants' Motion to Dismiss (Doc. No. 49) is GRANTED in part with respect to all other complaints.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE