IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN MICHAEL BOWDEN,                                                                    PLAINTIFF
ADC #129677

v.                                        No. 5:11CV00250 JLH-JTK

CORIZON, INC., et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Preliminary Injunction, for Hearing, and for Relief (Doc. Nos. 4, 12, 46), are DENIED.

IT IS SO ORDERED this 26th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE