**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN MICHAEL BOWDEN,
ADC #129677                                                                                          PLAINTIFF

v.                                            5:11-cv-00250-JLH-JTK

CORIZON, INC., et al.                                                                           DEFENDANTS

**<u>ORDER</u>**

By Order dated October 3, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 7). Summons was returned, unexecuted, with respect to Defendants Manus, Cantrell, Sufferege, Bennett, McPherson, Imphadora, and Turner, on October 31, 2011 (Doc. Nos. 14-20). Defendants have now responded to the Court's January 10, 2012 Order directing them to provide the last-known addresses of the Defendants (Doc. No. 73). According to this Response, the last-known addresses of Defendants Cantrell, Sulfridge, Ifediora[1] and Turner are provided under seal. The Defendants are unaware of last-known addresses for Defendants Manus, Bennett, and McPherson. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Adria Cantrell, Wendy Sulfridge, Dr. Nnamdi Ifediora, and Dr. Ruloff Turner. The United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS, FURTHER ORDERED, that pursuant to FED.R.CIV.P. 4(m), Plaintiff shall have thirty days from the date of this Order in which to obtain service or provide to this Court service

---

[1] The names of Defendants Sulfridge and Ifediora were originally stated by Plaintiff as Sufferege and Imphadora.

1

information on Defendants Manus, Bennett, and McPherson. Failure to obtain service on these individuals during that time period shall result in their dismissal from Plaintiff's Complaint.

IT IS SO ORDERED this 30th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE