**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHN MICHAEL BOWDEN,
ADC #129677                                                                                          PLAINTIFF

v.                                            5:11-cv-00250-JLH-JTK

CORIZON, INC., et al.                                                                            DEFENDANTS

**ORDER**

By Order dated October 3, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 7). Summons was returned, unexecuted, with respect to Defendant Sulfridge (originally identified as Sufferege) on October 31, 2011 (Doc. Nos. 16). Summons was re-issued on January 30, 2012, based on a last-known address provided by the Defendants (Doc. No. 81). However, on February 29, 2012, summons was against returned, unexecuted with respect to Defendant Sulfridge (Doc. No. 91). Included with the return and filed under seal is Defendant's last-known address. Id. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Wendy Sulfridge. The United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that this Order constitutes a warning, pursuant to FED.R.CIV.P. 4(m), which requires that a Defendant must be served within 120 days of the filing of the Complaint, and **after notice to the plaintiff**, the Court "must dismiss the action without prejudice against that Defendant or order that service be made within a specified time..." If Plaintiff does not obtain service on Defendant Sulfridge within thirty days of the date of this Order, she shall be dismissed from his Complaint.

IT IS SO ORDERED this 2nd day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE