# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN MICHAEL BOWDEN,
ADC #129677                                                                                                PLAINTIFF

v.                                   5:11-cv-00250-KGB-JTK

CORIZON, INC., et al.                                                                                 DEFENDANTS

## ORDER

On June 4, 2012, a copy of the May 17, 2012 Order which was mailed to Plaintiff at his last-known address, was returned to sender (Doc. No. 106).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although Plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within thirty days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff submit an updated Motion to Proceed in forma pauperis within thirty days of the date of this Order.[1] The Clerk is directed to forward to Plaintiff an in forma pauperis application.

---

[1] Plaintiff's May 1, 2012 Notice of Change of Address indicates his release from incarceration. Therefore, in order to continue to proceed with this action, he must submit an updated in forma pauperis application.

Failure to comply with this Order may result in the dismissal without prejudice of Plaintiff's Complaint for failure to prosecute, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 11th day of June, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE