IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN MICHAEL BOWDEN,                                              PLAINTIFF
ADC #129677

v.                         5:11-cv-00250-KGB-JTK

CORIZON, INC., et al                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 15 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE