## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JOHN MICHAEL BOWDEN,**                                              **PLAINTIFF**
**ADC #129677**

**v.**                          **5:11-cv-00250-KGB-JTK**

**CORIZON, INC., et al**                                              **DEFENDANTS**

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this __15__ day of August, 2012.


_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE